**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**CHARLESTON DIVISION**

| | | |
|---|---|---|
| Ryan Earhart, Cara Earhart, Kathryn Duke McGowan, Christian Burch Addison, Eleanor Margaret Haeg, Sally Peth, Graham Smith, Carper Family Revocable Trust, Christy Carper, Michael Carper, B and TF, LLC, Tony Fulton, Brigita Fulton, Julie Bell Lindsay, Ann Addlestone Apple, Joseph A. Novak, Shannon M. Novak, Stephen Murray, Carmelo Buccafurri, and Hall R. Easton, | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:25-5121-RMG |
| | ) | |
| Plaintiffs, | ) ) | **PARTIAL WITHDRAWAL OF REQUEST FOR PROTECTION FROM COURT APPEARANCES** |
| v. | ) ) | |
| City of Charleston, | ) ) | |
| Defendant. | ) ) ) | |

TO:    THE HONORABLE RICHARD M. GERGEL

ALL COUNSEL OF RECORD

The undersigned counsel previously requested protection for the dates of July 21, 2025 through August 1, 2025. (ECF #12).  The undersigned's vacation plans have been cancelled for July 21, 2025 through August 1, 2025.  Therefore, protection is no longer needed for those dates. The undersigned counsel is still seeking protection for the dates of August 13, 2025 through August 15, 2025 due to a personal vacation, and those dates should not impact this litigation.

1

LINDEMANN LAW FIRM, P.A.


BY:   *s/ Andrew F. Lindemann*
     ANDREW F. LINDEMANN    #5070
     5 Calendar Court, Suite 202
     Post Office Box 6923
     Columbia, South Carolina 29260
     (803) 881-8920
     Email: andrew@ldlawsc.com

*Counsel for Defendant City of Charleston*

July 15, 2025

2